**DISMISSED and Opinion Filed March 25, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-24-00096-CV**
_____

**IN RE TEXAS ONCOLOGY PA, Relator**

**Original Proceeding from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02790**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Reichek

Before the Court is relator's March 21, 2024 motion to dismiss. Relator asks this Court to dismiss this original proceeding because the parties have settled and it is not pursuing this original proceeding. Accordingly, we grant the motion and dismiss this original proceeding.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

240096F.P05